Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Cathleen Spiteri

    Plaintiff(s),

v.

Carolyn W. Colvin

    Defendant(s).

Case No: 4:16-cv-01937

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Karl E. Osterhout, an active member in good standing of the bar of Pennsylvania Supreme Ct., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Cathleen Spiteri, Plaintiff in the above-entitled action. My local co-counsel in this case is Gina C. Kung, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 521 Cedar Way, Suite 200<br>Oakmont, PA 15139 | 109 Walnut Hill Court<br>Los Gatos, CA 95032 |
| MY TELEPHONE # OF RECORD:<br>(412) 794-8003 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(408) 497-8928 |
| MY EMAIL ADDRESS OF RECORD:<br>Karl@mydisabilityattorney.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kung.gina@gmail.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 49658.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 4/13/2016

                                        Karl E. Osterhout
                                              APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Karl E. Osterhout is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/14/2016

                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

PRO HAC VICE APPLICATION & ORDER                            October 2012



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Karl Osterhout, Esq.

#### DATE OF ADMISSION

**November 10, 1987**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 28, 2016

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk